FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 19 2011 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
——————————————————————X

ANDREA S. JONES,

        Plaintiff,

  -against-

AMR AMERICAN AIRLINES,

        Defendant.
——————————————————————X

**MEMORANDUM AND ORDER**
11-CV-4857 (CBA)

AMON, Chief United States District Judge:

    Plaintiff, Andrea S. Jones, brings this action against defendant alleging violations of Title VII of the Civil Rights Act of 1964, as codified at 42 U.S.C. § § 2000e - 2000e-17 ("Title VII"). Plaintiff seeks to proceed *in forma pauperis* (IFP) pursuant to 28 U.S.C. § 1915, which permits a district court to authorize the commencement of a civil action without requiring the plaintiff to pay the statutory filing fee. Under the statute, a plaintiff seeking permission to proceed IFP must file an affidavit that includes a statement of all assets, and that shows "the person is unable to pay such fees or give security thereof." § 1915(a)(1). The purpose of the statute permitting litigants to proceed IFP is to insure that indigent persons have equal access to the judicial system. Davis v. NYC Dept. of Educ., No. 10-CV-3812, 2010 WL 3419671, at *1 (E.D.N.Y. Aug. 27, 2010).

    Having reviewed the financial declaration submitted by the plaintiff, the Court finds that she is able to pay the filing fee required to commence this action. Plaintiff is employed by defendant and earns $2,200 a month. She also has 2,000.00 dollars in cash and or in a checking or savings account. While plaintiff states generally that her expenses include student tuition, student loan debt and debt from an illness, she has not provided any information about how much she owes or to whom. Plaintiff's declaration establishes that she has sufficient resources to pay

1

the $350 filing fee, and her request to proceed IFP is therefore denied.

Accordingly, plaintiff must pay the $350 filing fee within fourteen (14) days of the date of this Order in order to proceed further. No summons shall issue at this time and all further proceedings shall be stayed for fourteen (14) days or until plaintiff has complied with this Order. If plaintiff fails to pay the filing fee within the time allowed, the instant complaint shall be dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore IFP status is denied for the purpose of any appeal. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

/Signed by Chief Judge Carol B. Amon/

CAROL BAGLEY AMON
United States District Judge

Dated: Brooklyn, New York
October 19, 2011